# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILSON LOPEZ,** | : | CIVIL ACTION NO. 1:20-CV-1285 |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| **SUPERINTENDENT SPAULDING,** | : | |
| Respondent | : | |

## **ORDER**

AND NOW, this 13th day of April, 2021, upon consideration of the petition for writ of habeas corpus, (Doc. 1), and in accordance with the memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1.) is DISMISSED AS MOOT.

2. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania